## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHAEL BURLEY, Individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WIRELESS CHOICE LLC, a Domestic corporation,<br><br>    Defendant. | Case no. 1:15-cv-04967<br><br>Hon. Judge Samuel Der-Yeghiayan |

## ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

The parties have entered into an agreement to settle the above-captioned action, subject to the Court's approval, according to the terms and conditions set forth in the Joint Stipulation of Settlement ("Joint Stipulation"). The Plaintiff's Motion for Preliminary Approval of Proposed Settlement is now before the Court.

The Court has reviewed the pleadings in this case, including the parties' Motion, the Joint Stipulation, the proposed Notice of Class Action Settlement, and the proposed Claim Form and Release, and finds that the parties have satisfied the standards for preliminary approval of settlement under Federal Rule of Civil Procedure 23. The Court finds that the terms of the Joint Stipulation are fair, reasonable, and adequate. The Joint Stipulation was negotiated at arm's-length and Class Counsel has certified that the Joint Stipulation is in the settlement class members' best interests.

Based on the foregoing, it is hereby ORDERED and ADJUDGED that:

A. Preliminary approval of the Joint Stipulation of Settlement is granted;

B. The parties' proposed notice of settlement is approved;

C. The parties' class action settlement procedure proposed in the Joint Stipulation of Settlement is approved;

D. The deadline for mailing the notices, releases and opt-out forms to the class members is March 3, 2016;

E. Class Counsel's Motion for Attorneys' Fees and Costs is due on March 5, 2016;

F. The deadline for class members to make a claim, opt out, or object to the settlements is April 7, 2016;

G. The Motion for Final Approval of the Settlement is due on April 14, 2016; and

H. The Court schedules the Fairness Hearing for April 19, 2016, at 9:00 a.m.

IT IS ORDERED this 3rd day of February, 2016.

_____
Honorable Samuel Der-Yeghiayan
United States District Court Judge